STATE OF NEW JERSEY v. LOIS SANDERS.

October 21, 1985.

Leave to appeal is granted, and the matter is summarily remanded to the Appellate Division for an accelerated disposition on the merits; and it is further

ORDERED that trial is stayed pending the Appellate Division's disposition of the appeal.

Jurisdiction is not retained.